## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAY − 7 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

v.

ZACHARY DOUGLAS BROWN,

                    Defendant.

**Criminal No.**   5:19cr19 FPS

**Violation:**   18 U.S.C. § 2250(a)

## INDICTMENT

The Grand Jury Charges That:

### COUNT ONE

(Failure to Register)

Beginning in or about January 2019, to on or about March 12, 2019, within the Northern District of West Virginia and elsewhere, the defendant, **ZACHARY DOUGLAS BROWN**, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and knowingly failed to register as a sex offender as required by the Sex Offender Registration and Notification Act; in violation of Title 18, United States Code, Section 2250(a).

A True Bill,

    /s/
Grand Jury Foreperson

  /s/
WILLIAM J. POWELL
United States Attorney

L. Danae DeMasi-Lemon
Assistant United States Attorney